AO 257 (Rev. 6/78)

E-filing

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☒ INFORMATION  ☐ INDICTMENT  ☐ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location: **NORTHERN DISTRICT OF CALIFORNIA**

---- OFFENSE CHARGED ----

VIOLATION: Title 18, United States Code, Section 1028(a)(4) – Possession of an Identification Document with Intent to Defraud the United States (Class A Misdemeanor)

☐ Petty
☐ Minor
☒ Misdemeanor
☐ Felony

PENALTY:
Max. Imprisonment One Year; Max. Fine $100,000; Max. Supervised Release One Year; and Mandatory Special Assessment of $25

---- DEFENDANT - U.S. ----

▶ FRANCISCO RUIZ,

DISTRICT COURT NUMBER: CR07-0695 WDB

FILED OCT 2 9 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

---- PROCEEDING ----

Name of Complaintant Agency, or Person (&Title, if any):
Dept. of State-Diplomatic Security Service

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. Att'y  ☐ Defense

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM: **SCOTT N. SCHOOLS**
☒ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned): BRYAN R. WHITTAKER  AUSA

---- DEFENDANT ----

**IS NOT IN CUSTODY**
1) ☒ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges  ☐ Fed'l  ☐ State

If answer to (6) is "Yes", show name of Institution

Has detainer been filed?  ☐ Yes  ☐ No   If "Yes" give date filed

DATE OF ARREST ▶ Month/Day/Year

Or... If Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year

☐ This report amends AO 257 previously submitted

---- ADDITIONAL INFORMATION OR COMMENTS ----

PROCESS:
☐ SUMMONS  ☒ NO PROCESS*  ☐ WARRANT   Bail Amount: _____

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____
Before Judge: _____

Comments:

E-filing

1  SCOTT N. SCHOOLS (SCBN 9990)
   United States Attorney
2
3
4                                                FILED
5                                              OCT 2 9 2007
                                             RICHARD W. WIEKING
6                                         CLERK, U.S. DISTRICT COURT
                                        NORTHERN DISTRICT OF COURT
7                                            OAKLAND CALIFORNIA
8
9                    UNITED STATES DISTRICT COURT
10                   NORTHERN DISTRICT OF CALIFORNIA
11                            OAKLAND DIVISION
12
13  UNITED STATES OF AMERICA,        )   Case No. CR07-0685 WDB
14        Plaintiff,                 )
                                     )   VIOLATION: Title 18, United States Code,
15     v.                            )   Section 1028(a)(4) – Possession of an
                                     )   Identification Document with Intent to
16  FRANCISCO RUIZ,                  )   Defraud the United States (Class A
    (a/k/a Rafael Jimenez,           )   Misdemeanor)
17  Jorgo Tapia-Hernandez),          )
                                     )
18        Defendant.                 )   OAKLAND VENUE
                                     )
19  _____  )
20
21                              INFORMATION
22  The United States Attorney charges:
23       On or about May 20, 2002, in the Northern District of California, the defendant,
24                              FRANCISCO RUIZ
                              (a/k/a Rafael Jimenez,
25                           Jorgo Tapia-Hernandez),
26  knowingly possessed an identification document, authentication feature, or false identification
27  document, that was not an identification document issued lawfully for his use, to wit: a State of
28  California Birth Certificate, with the intent that such document or feature be used to defraud the

INFORMATION

1  United States, in violation of Title 18, United States Code, Section 1028(a)(4), a Class A
2  Misdemeanor.
3
4  DATED:   October 26, 2007                    SCOTT N. SCHOOLS
                                                United States Attorney
5
6
7                                               _____
                                                W. DOUGLAS SPRAGUE
8                                               Chief, Oakland Branch

9  (Approved as to form: _____
                          BRYAN R. WHITTAKER
10                        Special Assistant United States Attorney

INFORMATION