1  SCOTT N. SCHOOLS (SC 9990)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  BRYAN R. WHITTAKER (TX 24047097)
   Special Assistant United States Attorney
5
   1301 Clay Street, Suite 340S
6  Oakland, California 94612
   Telephone: (510) 637-3680
7  Facsimile: (510) 637-3724
   E-Mail: bryan.whittaker@usdoj.gov
8

9  Attorneys for Plaintiff

10
                    UNITED STATES DISTRICT COURT
11
                   NORTHERN DISTRICT OF CALIFORNIA
12
                          OAKLAND DIVISION
13
   UNITED STATES OF AMERICA,          )    No. CR-07-0685 WDB
14                                    )
         Plaintiff,                   )
15                                    )    NOTICE OF DISMISSAL
      v.                              )
16                                    )
   FRANCISCO RUIZ,                    )
17 (a/k/a Rafael Jimenez,             )
   Jorgo Tapia-Hernandez),            )
18                                    )
         Defendant.                   )
19 _____)

20      With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the

21 United States Attorney for the Northern District of California dismisses the above Information,

22 charging a violation of Title 18, United States Code, Section 1028(a)(4), without prejudice.

23 DATED: November 21, 2007                    Respectfully submitted,

24                                             SCOTT N. SCHOOLS
                                               United States Attorney
25

26                                             /s/ George Bevan
                                               GEORGE BEVAN
27                                             Acting Chief, Oakland Branch Office

28

   NOTICE OF DISMISSAL
   CR-07-0685 WDB

[PROPOSED] ORDER

Leave of Court is granted to the government to dismiss the above reference Information.

Date: November ___, 2007

_____
HONORABLE WAYNE D. BRAZIL
United States Magistrate Judge