SCOTT N. SCHOOLS (SC 9990)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

BRYAN R. WHITTAKER (TX 24047097)
Special Assistant United States Attorney

1301 Clay Street, Suite 340S
Oakland, California 94612
Telephone: (510) 637-3680
Facsimile: (510) 637-3724
E-Mail: bryan.whittaker@usdoj.gov

Attorneys for Plaintiff

**FILED**

NOV 2 6 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-07-0685 WDB |
| Plaintiff, ) | |
| ) | NOTICE OF DISMISSAL |
| v. ) | |
| ) | |
| FRANCISCO RUIZ, ) | |
| (a/k/a Rafael Jimenez, ) | |
| Jorgo Tapia-Hernandez), ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the

United States Attorney for the Northern District of California dismisses the above Information,

charging a violation of Title 18, United States Code, Section 1028(a)(4), without prejudice.

DATED: November 21, 2007

Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

GEORGE BEVAN
Acting Chief, Oakland Branch Office

NOTICE OF DISMISSAL
CR-07-0685 WDB

cc: WDB's Stats Copy to parties via ECF
Pretrial, 2 certified copies to Marshal

1

[PROPOSED] ORDER

2    Leave of Court is granted to the government to dismiss the above reference Information.

3

4    Date: November 26, 2007

HONORABLE WAYNE D. BRAZIL
United States Magistrate Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2